On original deliverance this Court quoted from an affidavit given by Dr. Linda E. Norton. Appellees, in their petition for rehearing, correctly point out that this affidavit was filedafter the entry of summary judgment. We have re-examined the evidence submitted in opposition to the motion for summary judgment and conclude that summary judgment was inappropriate, even without considering affidavits filed in opposition to the motion after the motion was granted.
We reiterate again that summary judgment is rarely appropriate in a negligence action. Folmar v. Montgomery Fair,293 Ala. 686, 309 So.2d 818 (1975).
The reference to the affidavit of Dr. Linda E. Norton in the original opinion should not be considered.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED AND DENIED.
TORBERT, C.J., and JONES, SHORES and BEATTY, JJ., concur.